ECF

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL No. 1789 |
| GEORGE PFEIFFER, individually, and BERNICE PFEIFFER, spouse<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & COMPANY, INC.,<br><br>Defendant. | Case No: 1:07-cv-6884-JFK-JCF<br><br>**NOTICE OF APPEARANCE**<br><br>*This document relates to: 1:07-md-1789-JFK* |

COMES NOW Debra Brewer Hayes, of the law firm of Reich & Binstock, LLP and hereby gives the Court her notice of appearance as counsel on behalf of the Plaintiffs in this cause.

Dated: August 10, 2007            Respectfully submitted,

                                                 s/ Debra Brewer Hayes
                                                 Debra Brewer Hayes (05656790)
                                                 REICH AND BINSTOCK, LLP
                                                 4265 San Felipe, Suite 1000
                                                 Houston, TX 77027
                                                 Telephone: (713) 622-7271
                                                 Fax: (713) 623-8724

                                                 ATTORNEYS FOR PLAINTIFFS

ECF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2007, the foregoing *Notice of Appearance* was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF System.

                                                           s/ Debra Brewer Hayes