ECF

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL No. 1789 |
| GEORGE PFEIFFER, individually, and BERNICE PFEIFFER, spouse | Case No: 1:07-cv-6884-JFK-JCF |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | *This document relates to: 1:07-md-1789-JFK* |
| MERCK & COMPANY, INC., | |
| Defendant. | |

COMES NOW Susan Fuller, of the law firm of Reich & Binstock, LLP and hereby gives the Court her notices of appearance as counsel on behalf of the Plaintiffs in this cause.

Dated: August 10, 2007       Respectfully submitted,

                                                    s/ Susan Fuller
                                                    Susan Fuller (24032212)
                                                    REICH AND BINSTOCK, LLP
                                                    4265 San Felipe, Suite 1000
                                                    Houston, TX 77027
                                                    Telephone: (713) 622-7271
                                                    Fax: (713) 623-8724

                                                    ATTORNEYS FOR PLAINTIFFS

ECF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2007, the foregoing *Notice of Appearance* was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF System.

                                               s/ Susan Fuller